Matter of Application of Staten Island Railroad Company to acquire Land of Abigail R. Wil-

SECOND DEPARTMENT, SEPTEMBER TERM, 1885.

kinson. — Order vacating appointment of commissioners affirmed, with costs and disbursements Opinion by Barnard, P. J.; Pratt, J. not sitting.